Jinny Kim, State Bar No. 208953
The LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:(415) 864-8848
Facsimile: (415) 593-0096
Emails:     jkim@las-elc.org

Timothy Elder, State Bar No. 277152
TRE Legal Practice, LLC
1126 East 36th Street
Baltimore, MD 21218
Telephone: (410) 415-3493
Facsimile: (888) 718-0617
E-mail: telder[at]trelegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI FARAJ,<br><br>        Plaintiff,<br>   v.<br>MARRIOTT INTERNATIONAL, INC. ,<br><br>    Defendant | Case No. 13cv0300 BEN(KSC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

IT IS SO STIPULATED.

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

Date: October 2, 2014     By:     s/ Jinny Kim
                                  Jinny Kim
                                  Attorneys for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

Date: October 2, 2014     By:     s/ Marisa Ratinoff
                                  Marisa Ratinoff
                                  Attorneys for Defendant

IT IS SO ORDERED.

Dated: _____     By: _____
                        HONORABLE ROGER T. BENITEZ
                        United States District Court