# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI FARAJ,<br><br>　　　　Plaintiff,<br>　v.<br>MARRIOTT INTERNATIONAL, INC.,<br><br>　　　　Defendant | Case No. 13cv0300 BEN(KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Docket No. 56] |

The parties' joint motion to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is **GRANTED**. The case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED:  October 9, 2014

_____
HONORABLE ROGER T. BENITEZ
United States District Court

13cv0300